USCA Case #17-1155    Document #1679956    Filed: 06/15/2017    Page 1 of 13

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| AIR ALLIANCE HOUSTON, CALIFORNIA COMMUNITIES AGAINST TOXICS, CLEAN AIR COUNCIL, COALITION FOR A SAFE ENVIRONMENT, COMMUNITY IN-POWER & DEVELOPMENT ASSOCIATION, DEL AMO ACTION COMMITTEE, ENVIRONMENTAL INTEGRITY PROJECT, LOUISIANA BUCKET BRIGADE, OHIO VALLEY ENVIRONMENTAL COALITION, SIERRA CLUB, TEXAS ENVIRONMENTAL JUSTICE ADVOCACY SERVICES, UNION OF CONCERNED SCIENTISTS, and UTAH PHYSICIANS FOR A HEALTHY ENVIRONMENT, *Petitioners*, v. U.S. ENVIRONMENTAL PROTECTION AGENCY and SCOTT PRUITT, Administrator, U.S. Environmental Protection Agency, *Respondents*. | No. 17-1155 |

**PETITION FOR REVIEW**

Pursuant to Clean Air Act § 307(b)(1), 42 U.S.C. § 7607(b)(1), Rule 15 of

the Federal Rules of Appellate Procedure, and D.C. Circuit Rule 15, Air Alliance

Houston, California Communities Against Toxics, Clean Air Council, Coalition For A Safe Environment, Community In-Power & Development Association, Del Amo Action Committee, Environmental Integrity Project, Louisiana Bucket Brigade, Ohio Valley Environmental Coalition, Sierra Club, Texas Environmental Justice Advocacy Services, Union of Concerned Scientists, and Utah Physicians for a Healthy Environment (collectively, "Petitioners") hereby petition this Court for review of the final action taken by Respondents U.S. Environmental Protection Agency and Administrator Scott Pruitt at 82 Fed. Reg. 27,133 (June 14, 2017) and titled "Accidental Release Prevention Requirements: Risk Management Programs Under the Clean Air Act; Further Delay of Effective Date."

DATED: June 15, 2017

Respectfully submitted,

_____
Gordon E. Sommers
Emma C. Cheuse
Earthjustice
1625 Massachusetts Ave., NW
Suite 702
Washington, DC 20036
(202) 667-4500
gsommers@earthjustice.org
echeuse@earthjustice.org

*Counsel for Air Alliance Houston, California Communities Against Toxics, Clean Air Council, Coalition For A Safe Environment, Community In-Power & Development Association, Del Amo Action Committee, Environmental Integrity Project, Louisiana Bucket Brigade, Ohio Valley Environmental Coalition, Sierra Club, Texas Environmental Justice Advocacy Services, Union of Concerned Scientists, and Utah Physicians for a Healthy Environment*

3

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| AIR ALLIANCE HOUSTON, CALIFORNIA COMMUNITIES AGAINST TOXICS, CLEAN AIR COUNCIL, COALITION FOR A SAFE ENVIRONMENT, COMMUNITY IN-POWER & DEVELOPMENT ASSOCIATION, DEL AMO ACTION COMMITTEE, ENVIRONMENTAL INTEGRITY PROJECT, LOUISIANA BUCKET BRIGADE, OHIO VALLEY ENVIRONMENTAL COALITION, SIERRA CLUB, TEXAS ENVIRONMENTAL JUSTICE ADVOCACY SERVICES, UNION OF CONCERNED SCIENTISTS, and UTAH PHYSICIANS FOR A HEALTHY ENVIRONMENT, <br><br>*Petitioners*, <br><br>v. <br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY and SCOTT PRUITT, Administrator, U.S. Environmental Protection Agency, <br><br>*Respondents*. | No. **17-1155** |

**RULE 26.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rule

26.1, Air Alliance Houston, California Communities Against Toxics, Clean Air

Council, Coalition For A Safe Environment, Community In-Power & Development Association, Del Amo Action Committee, Environmental Integrity Project, Louisiana Bucket Brigade, Ohio Valley Environmental Coalition, Sierra Club, Texas Environmental Justice Advocacy Services, Union of Concerned Scientists, and Utah Physicians for a Healthy Environment (collectively, "Petitioners") make the following disclosures:

### Air Alliance Houston

<u>Non-Governmental Corporate Party to this Action</u>: Air Alliance Houston.

<u>Parent Corporations</u>: None.

<u>Publicly Held Company that Owns 10% or More of Party's Stock</u>: None.

<u>Party's General Nature and Purpose</u>: Air Alliance Houston, a corporation organized and existing under the laws of the State of Texas, is a nonprofit organization working to reduce air pollution in the Houston region to protect public health and environmental integrity through research, education, and advocacy.

### California Communities Against Toxics

<u>Non-Governmental Corporate Party to this Action</u>: California Communities Against Toxics ("CCAT").

<u>Parent Corporations</u>: None.

<u>Publicly Held Company that Owns 10% or More of Party's Stock</u>: None.

<u>Party's General Nature and Purpose</u>: California Communities Against Toxics is a non-profit organization that is a project of a non-profit corporation (Del Amo Action Committee) that is organized and existing under the laws of the State of California. It is an environmental justice network that aims to reduce exposure to pollution, to expand knowledge about the effects of toxic chemicals on human health and the environment, and to protect the most vulnerable people from harm.

### Clean Air Council

<u>Non-Governmental Corporate Party to this Action</u>: Clean Air Council ("CAC").

<u>Parent Corporations</u>: None.

<u>Publicly Held Company that Owns 10% or More of Party's Stock</u>: None.

<u>Party's General Nature and Purpose</u>: CAC is a corporation organized and existing under the laws of the Commonwealth of Pennsylvania. CAC is a not-for-profit organization focused on protection of public health and the environment.

### Coalition For A Safe Environment

<u>Non-Governmental Party to this Action</u>: Coalition For A Safe Environment ("CFASE").

<u>Parent Corporations</u>: None.

<u>Publicly Held Company that Owns 10% or More of Party's Stock</u>: None.

3

Party's General Nature and Purpose: CFASE is a not-for-profit organization based in Wilmington, California dedicated to improving the environment, public health, public safety, and socio-economic justice through advocacy, community organizing, research, and public education.

### Community In-Power and Development Association

Non-Governmental Party to this Action: Community In-Power and Development Association ("CIDA").

Parent Corporations: None.

Publicly Held Company that Owns 10% or More of Party's Stock: None.

Party's General Nature and Purpose: CIDA is a nonprofit organization that empowers and assists residents of the low-income Port Arthur, Texas communities to promote and advocate for socially responsible industrial operations and the reduction of pollution, including toxic air releases.

### Del Amo Action Committee

Non-Governmental Party to this Action: Del Amo Action Committee.

Parent Corporations: None.

Publicly Held Company that Owns 10% or More of Party's Stock: None.

Party's General Nature and Purpose: Del Amo Action Committee is a not-for-profit organization based in Torrance, California whose mission is to develop and

support policy changes and promote environmental justice to create a healthy and safe community.

## Environmental Integrity Project

Non-Governmental Corporate Party to this Action: Environmental Integrity Project ("EIP").

Parent Corporations: None.

Publicly Held Company that Owns 10% or More of Party's Stock: None.

Party's General Nature and Purpose: EIP, a corporation organized and existing under the laws of the District of Columbia, is a national nonprofit organization that advocates for more effective enforcement of environmental laws.

## Louisiana Bucket Brigade

Non-Governmental Party to this Action: Louisiana Bucket Brigade ("LABB").

Parent Corporations: None.

Publicly Held Company that Owns 10% or More of Party's Stock: None.

Party's General Nature and Purpose: The Louisiana Bucket Brigade is a non-profit environmental health and justice organization organized and existing under the laws of the state of Louisiana. LABB works with communities that neighbor Louisiana's oil refineries and chemical plants and uses grassroots action to create an informed, healthy society with a culture that holds the petrochemical industry

and government accountable for the true costs of pollution to create a healthy, prosperous, pollution-free, and just state where people and the environment are valued over profit.

### Ohio Valley Environmental Coalition

<u>Non-Governmental Corporate Party to this Action</u>: Ohio Valley Environmental Coalition ("OVEC").

<u>Parent Corporations</u>: None.

<u>Publicly Held Company that Owns 10% or More of Party's Stock</u>: None.

<u>Party's General Nature and Purpose</u>: OVEC, a corporation organized and existing under the laws of the State of Ohio, with its principal place of business in West Virginia, is a nonprofit organization dedicated to the improvement and preservation of the environment.

### Sierra Club

<u>Non-Governmental Corporate Party to this Action</u>: Sierra Club.

<u>Parent Corporations</u>: None.

<u>Publicly Held Company that Owns 10% or More of Party's Stock</u>: None.

<u>Party's General Nature and Purpose</u>: Sierra Club, a corporation organized and existing under the laws of the State of California, is a national nonprofit organization dedicated to the protection and enjoyment of the environment.

## Texas Environmental Justice Advocacy Services

Non-Governmental Party to this Action: Texas Environmental Justice Advocacy Services ("TEJAS").

Parent Corporations: None.

Publicly Held Company that Owns 10% or More of Party's Stock: None.

Party's General Nature and Purpose: TEJAS is a non-profit corporation organized and existing under the laws of the state of Texas. TEJAS promotes environmental protection through education, policy development, community awareness, and legal action to ensure that everyone, regardless of race or income, is entitled to live in a clean environment.

## Union of Concerned Scientists

Non-Governmental Party to this Action: Union of Concerned Scientists.

Parent Corporations: None.

Publicly Held Company that Owns 10% or More of Party's Stock: None.

Party's General Nature and Purpose: The Union of Concerned Scientists ("UCS") is a non-profit organization that puts rigorous, independent science to work to solve our planet's most pressing problems.

## Utah Physicians for a Healthy Environment

<u>Non-Governmental Party to this Action</u>: Utah Physicians for a Healthy Environment.

<u>Parent Corporations</u>: None.

<u>Publicly Held Company that Owns 10% or More of Party's Stock</u>: None.

<u>Party's General Nature and Purpose</u>: Utah Physicians for a Healthy Environment (UPHE) is a not-for-profit civic organization of health care professionals, including physicians, biologists, toxicologists, engineers, air quality specialists and members of the public concerned about pollution. Utah Physicians for a Healthy Environment is dedicated to protecting the health and well-being of the citizens of Utah by promoting science-based education and interventions that result in progressive, measurable improvements to the environment.

DATED:   June 15, 2017

Respectfully submitted,

/s/

Gordon E. Sommers
Emma C. Cheuse
Earthjustice
1625 Massachusetts Ave., NW
Suite 702
Washington, DC 20036
(202) 667-4500
gsommers@earthjustice.org
echeuse@earthjustice.org

*Counsel for Air Alliance Houston, California Communities Against Toxics, Clean Air Council, Coalition For A Safe Environment, Community In-Power & Development Association, Del Amo Action Committee, Environmental Integrity Project, Louisiana Bucket Brigade, Ohio Valley Environmental Coalition, Sierra Club, Texas Environmental Justice Advocacy Services, Union of Concerned Scientists, and Utah Physicians for a Healthy Environment*

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing **Petition for Review** and **Rule 26.1 Disclosure Statement** on Respondents by sending a copy via First Class Mail to each of the following addresses on this 15th day of June, 2017.

> Scott Pruitt
> EPA Headquarters 1101A
> United States Environmental Protection Agency
> William Jefferson Clinton Federal Building
> 1200 Pennsylvania Avenue, N.W.
> Washington, D.C. 20460
>
> Jeff Sessions
> Attorney General
> U.S. Department of Justice
> 950 Pennsylvania Avenue, N.W.
> Washington, D.C. 20530
>
> Correspondence Control Unit
> Office of General Counsel (2311)
> United States Environmental Protection Agency
> William Jefferson Clinton Federal Building
> 1200 Pennsylvania Avenue, N.W.
> Washington, D.C. 20460

_____
Robyn Winz
Earthjustice